UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER WILSON, Individually and on behalf of a class of persons similarly situated, et al., : : : : Plaintiffs, : : v. : : DIRECTBUY, INC., : UNITED CONSUMERS CLUB, INC. and : DIRECTBUY HOLDINGS, INC., : : Defendants. : | Case No.: 3:09-CV-00590 (JCH)  April 14, 2011 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR ORDER THAT JUDGE GARFINKEL PROVIDE A REPORT
ON THE SETTLEMENT AND FOR ALTERATION OF CURRENT SCHEDULE**

Plaintiffs Christopher Wilson, Regina and Gary Ingram, Christian Kalled, Keith Walker, Mabyn and Daniel Morgan, Raymond and Shery Bailey, and Robin Varghese (collectively, "Plaintiffs") hereby respectfully submit this response to Defendants' Motion for Order that Judge Garfinkel Provide a Report on the Settlement and for Alteration of Current Schedule [Dkt. No. 173] (the "Motion").

Plaintiffs demonstrated the fairness of the Settlement through their Motion for Final Approval of Settlement [Dkt. No. 134] and supporting documents, including the Memorandum of Law in Support of Motions for Final Approval of Class Action Settlement [Dkt. No. 137]. Although long on hyperbole, the objections are short on analysis, and Plaintiffs intend to fully respond to the objectors' arguments in their reply brief presently due on April 26, 2011. Moreover, Plaintiffs' Counsel will be prepared to respond to any questions about the Settlement the Court may have either in advance of or at the May 10, 2011 fairness hearing. Nonetheless,

although Plaintiffs believe that the Settlement can and should be approved based on the record that will be before the Court on May 10, 2011, should the Court believe that a report from Judge Garfinkel would be helpful to the Court, Plaintiffs have no objection to the Motion.  Similarly, should the Court request a report from Judge Garfinkel, Plaintiffs have no objection to any resultant modification to the present scheduling order that the Court may deem appropriate.

Respectfully Submitted,

                PLAINTIFFS,

                By: /s/  Jeffrey S. Nobel
                Jeffrey S. Nobel (ct04855)
                Izard Nobel LLP
                29 South Main Street, Suite 215
                West Hartford, CT 06107
                TEL: (860) 493-6292
                FAX: (860) 493-6290
                jnobel@izardnobel.com

                Attorney for Plaintiffs

## **CERTIFICATION**

I hereby certify that on April 14, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

   /s/ Jeffrey S. Nobel

Jeffrey S. Nobel