UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER WILSON, Individually and on behalf of a class of persons similarly situated, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DIRECTBUY, INC.,<br>UNITED CONSUMERS CLUB, INC, and<br>DIRECT BUY HOLDINGS, INC.<br><br>　　　　Defendants. | Case No.: 3:09-CV-00590 (JCH) |

## NOTICE OF APPEARANCE

　　　　To the Clerk of this Court, and all parties of record, please enter the appearance of James Berman, Zeisler & Zeisler, P.C., on behalf of the named plaintiffs (see attached Schedule) in *Swift et. al. v. DirectBuy et. al.,* United States District Court, Eastern District of New York, Case No. 09-4067 ("Swift Action").

　　　　　　　　　　　　　　　　　　　　　　　Swift Plaintiffs,

　　　　　　　　　　　　　　　　　　　　　　　　/ s / James Berman
　　　　　　　　　　　　　　　　　　　　　　　James Berman (ct06027)
　　　　　　　　　　　　　　　　　　　　　　　Zeisler & Zeisler, P.C.
　　　　　　　　　　　　　　　　　　　　　　　558 Clinton Avenue
　　　　　　　　　　　　　　　　　　　　　　　Bridgeport, CT 06605-1701
　　　　　　　　　　　　　　　　　　　　　　　(203) 368-4234
　　　　　　　　　　　　　　　　　　　　　　　jberman@zeislaw.com

**SCHEDULE**

<u>NAMED PLAINTIFFS IN SWIFT ACTION</u>:

JAMILA SWIFT, GINA BRIGIDA, ANGELIQUE ALABSI, KRISTIN D. ALLFREY, RICHARD E. COHOON, SR., JEFFREY LANE, DOMINIC GOMES, VANCE ZACHARY, DONNA BELLES, SUSAN TAFURI, THOMAS A. PALMER, JOEL CALVILLO, MARCO CAJAS, DANNEIL ZAYCHUK, TERRY HUTCHENS, SEAN MELLINO, MARY MELLINO, HAL HARNDEN, CHRISTINA HARNDEN, ARUN KALIAPPA, MEREDITH FOGG, LORETTA FOGG, CRISCYNTHIA ELLIS, JEFFREY GREEN, MARIE DENISE GREEN, SHIRLEY HABBINGA, MICHAEL HABBINGA, RON WHISMAN, SHIRLEY WHISMAN, MONIQUE VENIER, GARRY BAXTER, LYNNE BAXTER, AARON PAULETTE, NICOLE PAULETTE, CHOATE SMITH, HEEBONG CHOI, JAMES JOHNSON, and TINA JOHNSON,